**DISMISS and Opinion Filed July 17, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00661-CV**

**IN THE INTEREST OF A.J.H. AND A.V.H., CHILDREN**

**On Appeal from the 493rd District Court**
**Collin County, Texas**
**Trial Court Cause No. 493-51422-2023**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Carlyle
Opinion by Justice Pedersen, III

Stating he no longer wishes to pursue the appeal, appellant has filed a motion

to dismiss the appeal with prejudice. We grant the motion and dismiss the appeal

with prejudice. *See* TEX. R. APP. P. 42.1(a)(1).


/Bill Pedersen, III/
BILL PEDERSEN, III
JUSTICE

240661F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF A.J.H. AND
A.V.H., CHILDREN

No. 05-24-00661-CV

On Appeal from the 493rd District
Court, Collin County, Texas
Trial Court Cause No. 493-51422-
2023.
Opinion delivered by Justice
Pedersen, III, Justices Partida-
Kipness and Carlyle participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal with prejudice.

We **ORDER** that appellee Maria Herrera recover her costs, if any, of this appeal from appellant Joseph Herrera.

Judgment entered July 17, 2024.